## 5748.   BROWN v. THE STATE.

RUSSELL, C. J.   1. An assignment of error that the verdict is contrary to
    law is too general and indefinite to present to a reviewing court any
    question of law except that the verdict, for want of any evidence to sup-
    port it, is contrary to law.
2. The evidence on behalf of the prosecution authorized the conviction of
    the defendant, and the trial judge did not err in overruling the motion
    for a new trial, based only upon the usual general grounds.

> *Judgment affirmed.   Roan, J., absent.*
> DECIDED SEPTEMBER 1, 1914.

Indictment for sale of liquor; from Twiggs superior court—Judge
Hawkins.   April 27, 1914.

*Hal B. Wimberly,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.

---

## 5127.   POSTAL TELEGRAPH-CABLE Co. v. MAYOR AND COUNCIL OF CORDELE.

RUSSELL, C. J.   The Supreme Court, in answer to the question certified by
    this court, having held that the ordinance of the City of Cordele which
    imposed a license tax of $100 on each telegraph company doing an in-
    trastate business within the said city is excessive, unreasonable, and
    confiscatory, and therefore invalid (*Postal Telegraph-Cable Co.* v. *Mayor
    &c. of Cordele,* 141 *Ga.* 658, 82 S. E. 26), it follows that the judge of the
    superior court erred in overruling the certiorari.

> *Judgment reversed.   Roan, J., absent.*
> DECIDED SEPTEMBER 11, 1914.

Certiorari; from Crisp superior court—Judge George.   July 12,
1913.

*Anderson & Rountree, J. T. Hill,* for plaintiff in error.
*Whipple & McKenzie,* contra.